UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHAUN JEFFERSON,

    Defendant.

Case No. 3:25-cr-84

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING THE GOVERNMENT'S MOTION TO UNSEAL THIS CASE (Doc. No. 7); AND (2) DIRECTING THE CLERK OF COURT TO UNSEAL THE CASE**

---

For good cause shown, the Court **GRANTS** the Government's motion to unseal this case (Doc. No. 7) and **DIRECTS** the Clerk of Court to unseal this case. This Order does not preclude a party, in the future, from seeking leave of Court to file a document under seal.

    **IT IS SO ORDERED.**

November 6, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge