UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                    Case No. 3:25-cr-84

vs.

SHAUN JEFFERSON,                    District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' UNOPPOSED, JOINT MOTION TO CONTINUE (Doc. No. 16); (2) EXCLUDING THE TIME FROM NOVEMBER 19, 2025 UNTIL MARCH 23, 2026 FROM THE SPEEDY TRIAL ACT CALCULATION; (3) FINDING THAT THE NEW SPEEDY TRIAL ACT DEADLINE IS MAY 4, 2026; (4) SETTING TRIAL FOR MARCH 23, 2026 AT 9:30 A.M.; (5) SETTING A DISCOVERY DEADLINE OF NOVEMBER 28, 2025; (6) SETTING A MOTIONS DEADLINE OF JANUARY 23, 2026; AND (7) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY MARCH 16, 2026**

---

This criminal case is before the Court upon the parties' unopposed, joint motion to continue. Doc. No. 16. The Court construes the motion as indicating Defendant consents to the continuance and waives his rights under the Speedy Trial Act. *See id.* For good cause shown and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** the parties' unopposed, joint motion.

The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and Defendant in a speedy trial. Failure to continue would deny both the Government and Defendant the time necessary for effective trial preparation and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7).

Consequently, the time from November 19, 2025 until March 23, 2026 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the Government must bring Defendant to trial.  Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **May 4, 2026**.[1]  The Court **SETS** trial for **March 23, 2026**.  The Court **SETS** a discovery deadline of **November 28, 2025** and **SETS** a motions deadline of **January 23, 2026**.  The Court also **REQUIRES** the parties to file a joint status report by **March 16, 2026**.

**IT IS SO ORDERED.**

 November 21, 2025         s/Michael J. Newman
                    Hon. Michael J. Newman
                    United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.